# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN EARL WRIGHT,<br><br>Defendant. | Case No. 2:14-CR-00375<br><br>ORDER OF DETENTION |

## I.

On December 19, 2018, Defendant John Earl Wright ("Defendant") made his initial appearance in this district on the Petition on Probation filed in the United States District Court for the Central District of California, Case No. 2:14-CR-00375. The Court appointed Deputy Federal Public Defender ("DFPD") Julia Deixler to represent Defendant.

The Court finds that the burden of establishing by clear and convincing evidence that Defendant will not flee or pose a danger to any other person or to the community rests with Defendant.

///

## II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

The Court bases its conclusions on the following:

As to risk of non-appearance:
- Multiple probation violations;
- No gainful employment;
- Use of multiple aliases and identifiers;
- Current substance abuse.

As to danger to the community:
- Nature of the charged offense;
- Prior criminal history;
- Admitted history of mental health issues;
- Commission of the underlying charge while on probation status.

## III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

///

///

///

## V.

IT IS THEREFORE ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i).]

Dated: December 20, 2018

/s/
HON. MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE